**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7248**

_____

DEMOND ANTOINE WHITE,

        Plaintiff - Appellant,

    v.

GEORGE SCHAEFER, JR. III; NICOLE E. JANICKI, Detective, NPD (31043); CHRISTOPHER W. ROCCIO, Detective, NPD (29301); MUNICIPALITY CITY OF NORFOLK, City of Norfolk, VA; THE NORFOLK POLICE DEPARTMENT, Norfolk Police Department; JESSICA SCHECK, Norfolk Deputy Clerk; SARAH SOSA, Norfolk Deputy Clerk; KIMBERLY HUTSON, City of Norfolk Magistrate; PHILIP G. EVANS, Deputy Commonwealth Attorney; KATHERINE D. CURRIN, Court Appointed Attorney; JOHN DOYLE, Circuit Court Judge; JERRAULD JONES, Circuit Court Judge; JOSEPH MIGLIOZZI, Circuit Court Judge; JOHN DOE, (Rink); JOHN DOE, (Lightfoot); JOHN DOE, (Martin); ADAM CRYDERMAN, Detective, Norfolk Police Department; MICHAEL COSCOA, Detective, Norfolk Police Department; ROMAN C. SANTA DOMINGO, Detective, Norfolk Police Department; THERESE C. MOYNIHAM, Forensic Scientist; DON MICHAEL CUNNIS, Forensic Scientist; JOHN DOE, (West) Sheriff at Norfolk City Jail; MARY JANE HALL, Circuit Court Judge; ERICA WILLIAMS, Sheriff at Norfolk City Jail; JOHN DOE, (Middleton) Sheriff at Norfolk City Jail; EMMANUEL V. ZABLAN, Detective, Norfolk Police Department; STEVAN J. HAGG, Detective, Norfolk Police Department; JOSE RAMON OYOLA, Detective, Norfolk Police Department,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:21-cv-00164-LO-IDD)

_____

Submitted: January 20, 2022               Decided: January 25, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demond Antoine White, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond Antoine White appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny White's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*